IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELISENDRO E. GONZALES,

      Plaintiff,

v.                                                      No. CIV 07-864 JB/KBM

CHRIS KETCHUM and
MILISSA GONZALES,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed December 30, 2008 (Doc. 37). Plaintiff Melisendro E. Gonzales filed objections dated January 1, 2009, which the Court has reviewed *de novo* and find without merit. The objections raise no new issues.

**IT IS ORDERED** that (i) the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 37) are adopted; (ii) this action is dismissed with prejudice; and (iii) a final order is entered concurrently herewith.

                                                _____
                                                UNITED STATES DISTRICT JUDGE